NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:　　　　　　　　　　　　　　　　　　　　BK−23−12378−nmc
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
BANQ INC.

　　　　　　　　Debtor(s)　　　　　　　ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by ALLAN B. DIAMOND is **GRANTED**.

Dated: 6/21/23

*Mary A Schott*

Mary A. Schott
Clerk of Court