NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−12378−nmc |
| BANQ INC. | CHAPTER 11 |
| Debtor(s) | AMENDED ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Jose Manuel Gonzalez Pineda is **GRANTED**.

Dated: 6/21/23

Mary A. Schott
Clerk of Court