Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar. No. 14339
aagelakopoulos@nvfirm.com
Jason Thomas, Esq.
Nevada Bar No. 16148
jthomas@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for N9 Advisors, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>BANQ INC.,<br><br>                Debtor. | Case No.: 23-12378-NMC<br><br>Chapter 11<br><br>Subchapter V |

### DECLARATION OF MICHAEL L. STURM

I, Michael L. Sturm, hereby declare as follows:

1. I am over the age of 18 years old, mentally competent, and unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. I am employed as a Paralegal by the law firm of Schwartz Law, PLLC ("**SL**") and I submit this Declaration in support of the *Objection to Debtor's First Amended Chapter 11 Plan of Reorganization (Subchapter V)* (the "**Objection**") which is being filed by SL contemporaneously with this Declaration.

3. To the best of my knowledge and belief, attached to the Objection as **Exhibits 1-4** are true and correct copies of the documents identified by the corresponding exhibit number in the Objection.

/ / /

/ / /

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2023.

                                                           */s/ Michael L. Sturm*
                                                           Michael L. Sturm