BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: blarsen@shea.law
         kwyant@shea.law

*Attorneys for Chapter 11 Debtor
and Debtor in Possession Banq Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BANQ INC.,<br>                       Debtor. | Case No. 23-12378-NMC<br><br>Chapter 11<br>Subchapter V<br><br>Hearing Date: August 22, 2023<br>Hearing Time: 9:30 a.m. |

**CERTIFICATION OF VOTES AND BALLOTS ON DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION (SUBCHAPTER V)**

Pursuant to Rule 3018 of the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada, Banq Inc., as debtor and debtor in possession (the "Debtor"), hereby certifies as follows with respect to the voting on its proposed Debtor's First Amended Chapter 11 Plan of Reorganization (Subchapter V) [ECF No. 47] filed June 29, 2023 (as amended through Debtor's Second Amended Chapter 11 Plan of Reorganization (Subchapter V) [ECF No. 103] filed on August 15, 2023) (as amended, the "Plan") .

///

///

///

## CLASS VOTING SUMMARY

| CLASSES | ACCEPTING | | REJECTING | |
|---|---|---|---|---|
| | % of Class | Amount | % of Class | Amount |
| **Class 1 (Impaired)**<br>Secured Claim of NVF, LLC | 100% | $225,000 | | |
| **Class 2 (Impaired)**<br>Unsecured Claim of N9 Advisors, LLC | | | 100% | $3,603,753 |
| **Class 3 (General Unsecured Claims) (Impaired)**<br>Anonalyx LLC<br>Joshua Sroge<br>STRV Inc. | 8.1%<br>35.7%<br>56.2%<br>**100.0%** | $39,800<br>$174,808<br>$275,095<br>**$489,703** | | |
| **Class 4 (Unimpaired)**<br>Equity Security Holders – Unimpaired, Not Entitled to Vote | | | | |

## CLASS ACCEPTANCE SUMMARY

Class 1: Secured Claim of NVF, LLC – Impaired and Voted to ACCEPT.

Class 2: Unsecured Claim of N9 Advisors, LLC – Impaired and Voted to REJECT.

Class 3: General Unsecured Claims – Impaired and Voted to ACCEPT.

Class 4: Equity Security Holders – Unimpaired and Deemed to ACCEPT.

ACCORDINGLY, CRAMDOWN APPROVAL PURSUANT TO 11 U.S.C. § 1191(b) IS REQUESTED AS TO CLASS 2 OF THE PLAN.

Dated this 15th day of August 2023.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for Chapter 11 Debtor
and Debtor in Possession Banq Inc.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

# CERTIFICATE OF SERVICE

1. On August 15, 2023, I served the following document(s): **CERTIFICATION OF VOTES AND BALLOTS ON DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION (SUBCHAPTER V)**.

2. I served the above document(s) by the following means to the persons as listed below:

    ☒ a. ECF System:

DAWN M. CICA on behalf of Interested Party NVF, LLC
dcica@carlyoncica.com; nrodriguez@carlyoncica.com; crobertson@carlyoncica.com; dmcica@gmail.com; dcica@carlyoncica.com; tosteen@carlyoncica.com; 3342887420@filings.docketbird.com

SAMUEL A. SCHWARTZ on behalf of Creditor N9 Advisors, LLC
saschwartz@nvfirm.com; ecf@nvfirm.com; schwartzsr45599@notify.bestcase.com; eanderson@nvfirm.com; samid@nvfirm.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com; nv22@ecfcbis.com; kristin@trusteeshapiro.com; carolyn@brianshapirolaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

    ☐ b. United States mail, postage fully prepaid:

    ☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐ d. By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2023.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432