_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 11, 2024

___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>BANQ INC. a.k.a. BANQ,<br><br>   Debtor. | Case No.: 23-12378-NMC<br>Chapter 11<br><br>Hearing Date:   October 24, 2023<br>Hearing Time:   9:30 a.m. |

**ORDER VACATING SUBMISSION [ECF NOS. 107 AND 124]**

On October 24, 2023, the Court held hearings on the Motion to Quash Subpoenas ("Motion to Quash"; **ECF No. 107**) and Motion to Compel Responses to Fed. R. Bankr. P. 2004 Subpoenas and Response to Fortress Entities' Motion to Quash ("Motion to Compel"; **ECF No. 124**). Appearances were noted on the record. At the end of argument, the Court took the matters under submission.

On January 16, 2024, the Court held a status hearing wherein the parties discussed outstanding issues regarding this bankruptcy case. Among the issues discussed were the two outstanding matters under submission—the Motion to Quash and the Motion to Compel. Counsel informed the Court that the underlying issues appear to be resolved and the parties are working through them without court involvement. Therefore, good cause appearing,

IT IS HEREBY ORDERED that the Motion to Quash (**ECF No. 107**), currently under submission, is **VACATED** from submission.

IT IS FURTHER ORDERED that the Motion to Compel (**ECF No. 124**), currently under submission, is **VACATED** from submission.

IT IS FURTHER ORDERED that if any party objects to vacating either of these matters from under submission, they must advise the Court by April 25, 2024.

IT IS SO ORDERED.

Copy sent via CM/ECF ELECTRONIC FILING

Copy sent via BNC to:

ALLAN B. DIAMOND on behalf of Debtor BANQ INC.
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

ALLAN B. DIAMOND on behalf of Plaintiff BANQ, INC., A FLORIDA CORPORATION
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

DIAMOND MCCARTHY LLP
909 FANNIN STREET
37TH FLOOR
HOUSTON, TX 77010

JOSE MANUEL GONZALEZ PINEDA on behalf of Debtor BANQ INC.
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

CHRISTOPHER D. JOHNSON on behalf of Debtor BANQ INC.
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

JORDAN A. KROOP on behalf of Creditor FORTRESS BLOCKCHAIN TECHNOLOGIES INC. F/K/A FORTRESS NFT GROUP INC.
PACHULSKI STANG ZIEHL & JONES LLP
4530 E SHEA BLVD, SUITE 140
PHOENIX, AZ 85028

JORDAN A. KROOP on behalf of Creditor FORTRESSNFT INC. F/K/A PLANET NFT INC.
PACHULSKI STANG ZIEHL & JONES LLP
4530 E SHEA BLVD, SUITE 140
PHOENIX, AZ 85028

| | |
|---|---|
| 1 | JORDAN A. KROOP on behalf of Creditor GEORGE GEORGIADES |
| 2 | PACHULSKI STANG ZIEHL & JONES LLP |
| | 4530 E SHEA BLVD, SUITE 140 |
| 3 | PHOENIX, AZ 85028 |

JORDAN A. KROOP on behalf of Creditor GEORGE GEORGIADES
PACHULSKI STANG ZIEHL & JONES LLP
4530 E SHEA BLVD, SUITE 140
PHOENIX, AZ 85028

JORDAN A. KROOP on behalf of Creditor KEVIN LEHTINIITTY
PACHULSKI STANG ZIEHL & JONES LLP
4530 E SHEA BLVD, SUITE 140
PHOENIX, AZ 85028

JORDAN A. KROOP on behalf of Creditor SCOTT PURCELL
PACHULSKI STANG ZIEHL & JONES LLP
4530 E SHEA BLVD, SUITE 140
PHOENIX, AZ 85028

SHEA LARSEN on behalf of Debtor BANQ INC.
1731 VILLAGE CENTER CIRCLE
SUITE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor FORTRESS BLOCKCHAIN TECHNOLOGIES INC. F/K/A FORTRESS NFT GROUP INC.
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Ryan J Works on behalf of Creditor FORTRESSNFT INC. F/K/A PLANET NFT INC.
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Ryan J Works on behalf of Creditor PLANETNFT LLC
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Ryan J Works on behalf of Creditor SCOTT PURCELL
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

# # #